IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACTIVE ORGANICS, INC., BEAUTY NATURALLY, INC., DERMADOCTOR.COM, INC., and ZIRH INTERNATIONAL CORP.<br><br>Defendants. | Civil Action No. 06-651 (JJF)<br>Jury Demanded |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael O. Warnecke, Debra Rae Bernard, Douglas L. Sawyer and Aric S. Jacover of the law firm of Mayer, Brown, Rowe and Maw LLP, 71 South Wacker Drive, Chicago, IL 60606, to represent the plaintiff in this matter.

Dated: November 3, 2006

Respectfully submitted,

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Michael O. Warnecke, Debra Rae Bernard, Douglas L. Sawyer and Aric S. Jacover is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

                                                          _____
                                                          Michael O. Warnecke
                                                          Mayer, Brown, Rowe & Maw LLP
                                                          71 South Wacker Drive
                                                          Chicago, IL 60606
                                                          (312) 782-0600

Dated: October 29, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

/s/ Debra Rae Bernard
Debra Rae Bernard
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Dated: October 23, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

                                                                                    /s/ Douglas L. Sawyer
                                                                                    Douglas L. Sawyer
                                                                                    Mayer, Brown, Rowe & Maw LLP
                                                                                    71 South Wacker Drive
                                                                                    Chicago, IL 60606
                                                                                    (312) 782-0600

Dated: October 24, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the Bar of the United States District Court for the Northern District of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Aric S. Jacover
　　　　　　　　　　　　　　　　　　　　　　　Mayer, Brown, Rowe & Maw LLP
　　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　(312) 782-0600

Dated: October 23, 2006