IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00651-JJF |
| | ) |
| ACTIVE ORGANICS INC. | ) |
| BEAUTY NATURALLY INC. | ) |
| DERMADOCTOR.COM | ) |
| ZIRH INTERNATIONAL CORP. | ) |
| | ) |
| Defendants | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Active Organics, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 5, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Arthur G. Connolly, III_
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

LOUIS C. PAUL & ASSOCIATES, PLLC

_/s/ Louis Paul_
Louis C. Paul & Associates, PLLC
730 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 659-7748

Attorneys for Defendant
Active Organics, Inc.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & Associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | |
| President<br>Zirh International Corporation<br>900 3rd Avenue<br>17th Floor<br>New York, NY 10022-4728 | Garret A. Leach<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

                                             /s/Arthur G. Connolly, III
                                             Arthur G. Connolly, III (#2667)

#524934_1