IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTIVE ORGANICS INC. )<br>BEAUTY NATURALLY INC. )<br>DERMADOCTOR.COM )<br>ZIRH INTERNATIONAL CORP. )<br>)<br>Defendants ) | C.A. No. 06-00651-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Zirh International Corp.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 5, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP          KIRKLAND & ELLIS LLP

_____                _____
Arthur G. Connolly, III (#2667)          Garret A. Leach
The Nemours Building                     200 East Randolph
1007 North Orange Street                 Chicago, IL 60601
P.O. Box 2207                            (312) 861-2363
Wilmington, DE 19899
(302) 658-9141
                                         Attorneys for Defendant
Attorneys for Plaintiff                  Zirh International, Corp.
Tristrata Technology, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & Associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | |
| President<br>Zirh International Corporation<br>900 3rd Avenue<br>17th Floor<br>New York, NY 10022-4728 | Garret A. Leach<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

      /s/Arthur G. Connolly, III
      Arthur G. Connolly, III (#2667)

#524934_1