## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ACTIVE ORGANICS INC. )<br>BEAUTY NATURALLY INC. )<br>DERMADOCTOR.COM )<br>ZIRH INTERNATIONAL CORP. )<br>)<br>        Defendants ) | C.A. No. 06-00651-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant DERMAdoctor.com may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including May 4, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP      MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

/s/ Mary B. Graham
Mary B. Graham (#2256)
Chase Manhattan Center
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant
DERMAdoctor.com.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Zirh International Corporation<br>900 3rd Avenue<br>17th Floor<br>New York, NY 10022-4728 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

　　　　　　　　　　　　　　　　　　　／s/Arthur G. Connolly, III
　　　　　　　　　　　　　　　　　　　Arthur G. Connolly, III (#2667)

#525417_1