IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.     )
          )
    Plaintiff,           )
          )
    v.              )    Civil Action No. 06-651 (JJF)
ACTIVE ORGANICS, INC., BEAUTY    )    Jury Demanded
NATURALLY, INC., DERMADOCTOR.COM, )
INC., and ZIRH INTERNATIONAL CORP.  )
          )
    Defendants.         )

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1.     I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.     On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant DERMAdoctor.com, Inc., and a letter addressed to Audrey Kunin, DERMAdoctor.com, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant DERMAdoctor.com, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.     On February 26, 2007, the package referenced in paragraph 2, was received by DERMAdoctor.com, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.


_____
NOTARY PUBLIC

SHIRLEY ANNE JONES
MY COMMISSION
EXPIRES
NOVEMBER 8, 2009
NOTARY PUBLIC
STATE OF DELAWARE

530667_1

2

# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| RB 972232349 US | | |

**Reg. Fee** 1·90

| Handling Charge | Return Receipt 1·85 |
|---|---|
| Postage 6·05 | Restricted Delivery |
| Received by *KFM* | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

**FROM**
Aruthur Connolly II (5077#16)
Connolly, Bove, Lodge & Hutz
1007 N. Orange St. P.O. Box 2207
Wilm. DE. 19801

**TO**
Audrey Kunin
DERMAdoctor.com, Inc.
310 W 19th Terrace
Kansas City, MO 64108

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *Christina L. Lynch*  B. Date of Delivery *2-06-07*<br>C. Signature  X *[signature]*  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Audrey Kunin<br>Dermadoctor.com, Inc<br>310 W. 19th Terrace<br>Kansas City, MO<br>64108 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>RB 972 232 349 US | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789 | |