IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-651 (JJF) |
| ACTIVE ORGANICS, INC., BEAUTY | ) | Jury Demanded |
| NATURALLY, INC., DERMADOCTOR.COM, | ) | |
| INC., and ZIRH INTERNATIONAL CORP. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)**

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Zirh International Corp., and a letter addressed to President, Zirh International Corp., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Zirh International Corp., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On February 26, 2007, the package referenced in paragraph 2, was received by Zirh International Corp. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

_____
NOTARY PUBLIC



530667_1

# EXHIBIT A

```
Registered No.  RB972 232 352 US
Reg. Fee  90
Handling Charge
Return Receipt  1.85
Postage  6.05
Restricted Delivery
Received by  RGM

Date Stamp: FEB 21 2007 WILMINGTON, DE 19801

Customer Must Declare Full Value $   ☐ With Postal Insurance   ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: AGC 3 (5077*16)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO: Resident
Zirh International Corp.
900 3rd Ave, 17th Floor
New York, NY 10022-4728
```

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Erika Mellena | B. Date of Delivery 2/26/07 |
| | C. Signature  X _____ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>President<br>Zirh International Corp.<br>900 3rd Ave<br>17th Floor<br>New York, NY 10022-4728 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)*<br>RB972 732 352 US | | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789