IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00651-JJF |
| | ) | |
| ACTIVE ORGANICS INC. | ) | |
| BEAUTY NATURALLY INC. | ) | |
| DERMADOCTOR.COM | ) | |
| ZIRH INTERNATIONAL CORP. | ) | |
| | ) | |
| Defendants | ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant Active Organics, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including May 4, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP      LOUIS C. PAUL & ASSOCIATES, PLLC

_/s/ Arthur G. Connolly III_                            _/s/ Louis C. Paul_

Arthur G. Connolly, III (#2667)                  Louis C. Paul & Associates, PLLC
The Nemours Building                                730 Fifth Avenue, 9th Floor
1007 North Orange Street                           New York, NY 10019
P.O. Box 2207                                              (212) 659-7748
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff                                    Attorneys for Defendant
Tristrata Technology, Inc.                            Active Organics, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Zirh International Corporation<br>900 3rd Avenue<br>17th Floor<br>New York, NY 10022-4728 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#525417_1