IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00651-JJF |
| | ) |
| ACTIVE ORGANICS INC. | ) |
| BEAUTY NATURALLY INC. | ) |
| DERMADOCTOR.COM | ) |
| ZIRH INTERNATIONAL CORP. | ) |
| | ) |
| Defendants | ) |

## ORDER

IT IS HEREBY ORDERED that the time in which defendant Beauty Naturally, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including May 4, 2007.

SO ORDERED this __4__ day of __April__, 2007

_____
United States District Judge