IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-651 (JJF) |
| ACTIVE ORGANICS, INC., BEAUTY NATURALLY, INC., DERMADOCTOR.COM, INC., and ZIRH INTERNATIONAL CORP. | ) ) ) ) | Jury Demanded |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Zirh International Corporation<br>900 3rd Avenue<br>17th Floor<br>New York, NY 10022-4728 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |
| | Melanie K. Sharp, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#525417_1