IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-651 (JJF) |
| ) | |
| ACTIVE ORGANICS INC., BEAUTY ) | |
| NATURALLY INC., DERMADOCTOR.COM, and ) | |
| ZIRH INTERNATIONAL CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant DERMAdoctor.com may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 6, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*          */s/ Mary B. Graham*

Arthur G. Connolly, III (#2667)          Mary B. Graham (#2256)
The Nemours Building                     James W. Parrett, Jr. (#4292)
1007 North Orange Street                 1201 North Market Street
P.O. Box 2207                            P.O. Box 1347
Wilmington, DE 19899                     Wilmington, DE 19899
302.658.9141                             302.658.9200

*Attorneys for Tristrata Technology, Inc.*     *Attorneys for DERMAdoctor.com*

SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

811911

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

The undersigned also hereby certifies that on April 27, 2007, true and correct copies of the foregoing were caused to be served upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**

Arthur G. Connolly III, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
**aconnollyIII@cblh.com**

Melanie K. Sharp, Esq.
YOUNG CONAWAY STARGATT & TAYLOR
**msharp@ycst.com**

Michael O. Warnecke, Esq.
PERKINS COIE LLP
**mwarnecke@perkinscoie.com**

Debra R. Bernard, Esq.
PERKINS COIE LLP
**dbernard@perkinscoie.com**

Garret A. Leach, Esq.
KIRKLAND & ELLIS LLP
**gleach@kirkland.com**

**VIA FIRST CLASS MAIL**

Michael Bishop, President
ACTIVE ORGANICS, INC.
1097 Yates Street
Lewisville, TX  75057

Frederick Wong, President
BEAUTY NATURALLY INC.
850 Stanton Road
Burlingame, CA  94011-4905

President
ZIRH INTERNATIONAL CORPORATION
900 3rd Avenue, 17th Floor
New York, NY  10022-4728

Louis C. Paul, Esq.
LOUIS C. PAUL & ASSOCIATES, PLLC
730 5th Avenue
New York, NY  10019

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

812718