IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00651-JJF |
| ) | |
| ACTIVE ORGANICS INC. ) | |
| BEAUTY NATURALLY INC. ) | |
| DERMADOCTOR.COM ) | |
| ZIRH INTERNATIONAL CORP. ) | |
| ) | |
| Defendants ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant Active Organics, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 6, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP        LOUIS C. PAUL & ASSOCIATES, PLLC

_____          _____
Arthur G. Connolly, III (#2667)         Louis C. Paul & Associates, PLLC
The Nemours Building                    730 Fifth Avenue, 9th Floor
1007 North Orange Street                New York, NY 10019
P.O. Box 2207                           (212) 659-7748
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff                 Attorneys for Defendant
Tristrata Technology, Inc.              Active Organics, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge