## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL aconnollyiii@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 7, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

  Re: **TriStrata Technology, Inc. v. Active Organics, et al.,**
    **Civil Action No. 06-651 (JJF)**

Dear Judge Farnan:

  Please find attached a proposed form of order further extending the time for Defendant Beauty Natural, Inc. to respond to the Complaint up to and including July 6, 2007.

  We are available should Your Honor have any questions or comments.

            Respectfully,

            /s/ Arthur G. Connolly, III

            Arthur G. Connolly, III (#2667)

Attachment
cc: Frederick Wong, President, Beauty Naturally Inc. (by 1st class mail, w/attach.)
   Mary B. Graham, Esquire (by CM/ECF, w/attach.)
   Melanie K. Sharp, Esquire (by CM/ECF, w/attach.)
   Garret A. Leach, Esquire (by email, w/attach.)
   Louis Paul, Esquire (by email, w/attach.)
   Michael O. Warnecke, Esquire (by CM/ECF, w/attach.)
   Brian T. Foley, Esquire (by email, w/attach.)

#530429v2
5077*16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00651-JJF |
| | ) | |
| ACTIVE ORGANICS INC. | ) | |
| BEAUTY NATURALLY INC. | ) | |
| DERMADOCTOR.COM | ) | |
| ZIRH INTERNATIONAL CORP. | ) | |
| | ) | |
| Defendants | ) | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the time in which defendant Beauty Naturally, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 6, 2007.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge