### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00651-JJF |
| | ) | |
| ACTIVE ORGANICS INC. | ) | |
| BEAUTY NATURALLY INC. | ) | |
| DERMADOCTOR.COM | ) | |
| ZIRH INTERNATIONAL CORP. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiff Tristrata Technology, Inc.'s time to answer, move or otherwise respond to Defendant Zirh International Corp.'s Counterclaim is hereby extended through and including May 16, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | KIRKLAND & ELLIS LLP |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Melanie K. Sharp |
| Arthur G. Connolly, III (#2667) | Melanie K. Sharp (#2501) |
| The Nemours Building | Young, Conaway, Stargatt & Taylor |
| 1007 North Orange Street | The Brandywine Building |
| P.O. Box 2207 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| (302) 658-9141 | Wilmington, DE 19899 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Tristrata Technology, Inc. | Zirh International Corp. |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 | |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 | |
| Melanie K. Sharp, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

   /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#53764_1