IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00651-JJF |
| | ) |
| ACTIVE ORGANICS INC. | ) |
| BEAUTY NATURALLY INC. | ) |
| DERMADOCTOR.COM | ) |
| ZIRH INTERNATIONAL CORP. | ) |
| | ) |
| Defendants | ) |

## ORDER

IT IS HEREBY ORDERED that the time in which defendant Beauty Naturally, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 6, 2007.

SO ORDERED this ___ day of _May_____, 2007

_____
United States District Judge