IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ACTIVE ORGANICS, INC., BEAUTY ) <br> NATURALLY, INC., DERMADOCTOR.COM, ) <br> INC., and ZIRH INTERNATIONAL CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 06-651 (JJF) <br> Jury Demanded |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian T. Foley of the law firm of McGovern & Associates PC, 14 East 60th Street, 6th Floor, New York, NY 10022, to represent the plaintiff in this matter.

Dated: May 24, 2007

Respectfully submitted,

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Brian T. Foley is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of Connecticut. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid G to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Brian T. Foley
McGovern & Associates PC
14 East 60th Street, 6th Floor
New York, NY 10022
(212) 688-9840

Dated: May 21, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Michael Bishop, President<br>Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 | Louis C. Paul, Esq.<br>Louis C. Paul & Associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 | |
| Melanie K. Sharp, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#536086_1