IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-651 (JJF) |
| | ) | |
| ACTIVE ORGANICS INC., BEAUTY NATURALLY INC., DERMADOCTOR.COM, and ZIRH INTERNATIONAL CORP., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant DERMAdoctor.com may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including August 6, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
302.658.9141

*Attorneys for Tristrata Technology, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for DERMAdoctor.com*

SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

910277