IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00651-JJF |
| ) | |
| ACTIVE ORGANICS INC. ) | |
| BEAUTY NATURALLY INC. ) | |
| DERMADOCTOR.COM ) | |
| ZIRH INTERNATIONAL CORP. ) | |
| ) | |
| Defendants ) | |

### NOTICE OF DISMISSAL OF ZIRH INTERNATIONAL CORP.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, TriStrata Technology, Inc., through undersigned counsel, dismisses with prejudice, defendant Zirh International Corp.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
aconnollyiii@cblh.com

Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: July 14, 2007

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 14, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louis C. Paul, Esq.<br>Louis C. Paul & Associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 | |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Audrey Kunin<br>DERMAdoctor.com, Inc.<br>310 W. 19th Terrace<br>Kansas City, MO 64108 | |
| Garret A. Leach<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 | |

                                            /s/Arthur G. Connolly, III
                                           Arthur G. Connolly, III (#2667)

#557635_1