IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00651-JJF |
| | ) | |
| ACTIVE ORGANICS INC. | ) | |
| BEAUTY NATURALLY INC. | ) | |
| DERMADOCTOR.COM | ) | |
| ZIRH INTERNATIONAL CORP. | ) | |
| | ) | |
| Defendants | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties pursuant to Fed. R. Civ. P. 41(a)(1) that the Complaint in this action is dismissed with prejudice as against defendant DERMAdoctor, Inc. ("DERMAdoctor"). Plaintiff and DERMAdoctor shall each bear their own costs, expenses and attorneys fees and waive all rights of appeal from this stipulation.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Mary B. Graham |
| Arthur G. Connolly, III (#2667) | Mary B. Graham (#2256) |
| The Nemours Building | Chase Manhattan Center |
| 1007 North Orange Street | 1201 North Market Street, |
| P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 658-9200 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Tristrata Technology, Inc. | DERMAdoctor.com |

SO ORDERED this _____ day of _____, 200__

_____
United States District Judge