IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTIVE ORGANICS INC. )<br>BEAUTY NATURALLY INC. )<br>DERMADOCTOR.COM )<br>ZIRH INTERNATIONAL CORP. )<br>)<br>Defendants ) | C.A. No. 06-00651-JJF |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by the parties pursuant to Fed. R. Civ. P. 41(a)(1) that the Complaint in this action is dismissed with prejudice as against defendant DERMAdoctor, Inc. ("DERMAdoctor"). Plaintiff and DERMAdoctor shall each bear their own costs, expenses and attorneys fees and waive all rights of appeal from this stipulation.

CONNOLLY BOVE LODGE & HUTZ LLP         MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

/s/ Mary B. Graham
Mary B. Graham (#2256)
Chase Manhattan Center
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant
DERMAdoctor.com

SO ORDERED this 3 day of January, 2008.

_____
United States District Judge