# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00651-JJF |
| ) | |
| ACTIVE ORGANICS INC. ) | |
| BEAUTY NATURALLY INC. ) | |
| DERMADOCTOR.COM ) | |
| ZIRH INTERNATIONAL CORP. ) | |
| ) | |
| Defendants ) | |

## NOTICE OF DISMISSAL OF BEAUTY NATURALLY, INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, TriStrata Technology, Inc., through undersigned counsel, dismisses defendant Beauty Naturally, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 | |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 | |
| Melanie K. Sharp, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

                                                    /s/Arthur G. Connolly, III
                                                    Arthur G. Connolly, III (#2667)

#577093_1